IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED

NOV 01 2019 TG

MARINA CUAUTLE

Plaintiff

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. 18-cv-06995     NOV 01 2019

V.

HC JOLIET, LLC

Hon. Charles P. Kocoras

Defendant

PLAINTIFF RESPONSE TO HC JOLIET, LLC MOTION TO DISMISS

Plaintiff Marina Cuautle, respectfully submit this response to defendant motion to dismiss and states as follows:

On October 18, 2018 I filled a complaint of Employment Discrimination and waited for the court to decide if my complain would be accepted.

On May 13, 2019 the court made a decision and on July 24, 2019 I was required to pay the filling fee. Then I proceeded to notify the defendant via Spee-Dee which it was suggested to me by the cashier of the shipping establishment to ensure prompt delivery. This company has on online tracking service to ensure delivery.
I personally checked the tracking process to make sure the defendant was notified.

The delivery was made to HC Joliet, LLC Human Resources, because I had no knowledge of the law firm that would be representing them, and all the documents that where filled with the court were included in the envelope.

DATED: November 1, 2019

Respectfully submitted,

*Marina Cuautle*
Marina Cuautle

Marina Cuautle
1711 Prairie Wind Dr.
Joliet, IL 60435
Tel: 773-554-2767